IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT T. NEAL, et ux., | * | Case No.: 93-3462 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiffs | * | |
| v. | * | |
| ACandS, Inc., et al., | * | |
| Defendants | * | |

### O R D E R

1. On Motion of Lisa J. Freeman for substitution in place of Robert T. Neal, deceased, it appearing to the Court that the said Robert T. Neal died intestate on January 25, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Lisa J. Freeman has been duly appointed Personal Representative of the Estate of Robert T. Neal, and is qualified and is acting as such.

2. On Motion of Leslie R. Jackson, Personal Representative of Mary M. Neal, deceased plaintiff and then surviving spouse of Robert T. Neal, deceased, for the addition of Mrs. Neal's loss of consortium and wrongful death claims, it appearing to the Court that the said Robert T. Neal died on January 25, 1998; that the now deceased Plaintiff, Mrs. Mary M. Neal and Robert T. Neal were husband and wife at the time of his death.

**IT IS ORDERED,** that Lisa J. Freeman, Personal Representative of the Estate of Robert T. Neal, be substituted as Plaintiff herein

(1)

in place of Robert T. Neal, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Leslie R. Jackson, Personal Representative of the Estate of Mary M. Neal, deceased plaintiff and then surviving spouse of Robert T. Neal, be permitted to add Mrs. Neal's loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner    S.J.

DATE: 1/16/2001

G:\WPFILES\2000DOCS\BSH\DOCBSH.033

(2)